**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>Plaintiff. | **CRIMINAL NO. 25-473 (PAD)** |
| v. | |
| **DANIEL RIVERA-MOLINA,**<br>Defendant. | |

## UNITED STATES' SENTENCING MEMORANDUM

**TO THE HONORABLE COURT:**

COMES NOW, the United States of America, through its undersigned counsel, and respectfully submits its position as to the sentence that should be imposed on Defendant Daniel Rivera-Molina ("Mr. Rivera") at the sentencing hearing.

## BACKGROUND

On October 27, 2025, Homeland Security Investigations (HSI) agents encountered Mr. Rivera in Avenida Borinquen, San Juan, Puerto Rico. They attempted to conduct an immigration inspection and Mr. Molina initially attempted to avoid being inspected by fleeing on foot. Once apprehended, an immigration inspection revealed he is a national and citizen of the Dominican Republic with no legal authority to be present in the United States. Record and biometric checks revealed than in 2018, he had been physically removed from the United States as an aggravated felon. Prior to his removal, in criminal case no. 18-70 (JAG), he was convicted of being a prohibited person in possession of a firearm, in violation of 18 U.S.C. § 922(g)(5), and sentenced to a term of over nine (9) months of imprisonment, to be followed by three (3) years of supervised

release.

On November 6, 2025, an Indictment was filed after a Grand Jury returned a true bill. *See* ECF No. 12. Mr. Rivera is charged with reentry of removed alien after an aggravated felony conviction, in violation of 8 U.S.C. §§ 1326(a) & (b)(2). *See Id*.

On March 23, 2026, a change of plea hearing was held where Mr. Rivera pleaded guilty to the Indictment pursuant to a straight plea. *See* ECF No. 23.

Mr. Rivera's sentencing hearing is currently scheduled for April 28, 2026. *See Id*.

### SENTENCING CONSIDERATIONS

The United States agrees with the U.S. Probation Office in calculating Mr. Rivera has a Criminal History Category of II, which along with a Total Offense Level of 10, yields a guidelines imprisonment range of eight (8) to fourteen (14) months of imprisonment. Presentence Investigation Report ("PSR"), ECF No. 24 at 9.

### SENTENCE RECOMMMENDATION

The United States respectfully requests that the Court sentence Mr. Rivera to a term of imprisonment of eleven (11) months to be followed by a term of supervised release of three (3) years. As the Court will see, the recommended sentence is commensurate with the nature of the offense, is necessary to adequately serve as deterrence and promote respect for the law, and it is sufficient but not greater than necessary to address the Section 3553(a) sentencing factors.

In 2018, Mr. Rivera was convicted of a very serious offense, namely possession of a firearm while being a prohibited person. Because that conviction was for an aggravated felony, he was administratively removed and barred from any form of immigration relief. He was explicitly warned of this when he was physically removed in December 2018. Nonetheless, he ignored our Nation's immigration laws and the immigration officers' warnings by successfully reentering the

United States in an illegal manner. He remained undetected until he was encountered by federal law enforcement in October 2025, even attempting to avoid inspection by fleeing on foot.

Mr. Rivera's conduct reflects a clear disregard of our Nation's immigration laws, and a failure of prior attempts at deterrence, despite having been convicted of serious offense in the past. For these reasons, the United States submits that a term of imprisonment at the mid-range of the applicable sentencing guidelines is sufficient but not greater than necessary to adequately address the Section 3553(a) sentencing factors, when combined with a term of supervised release.

WHEREFORE, the United States respectfully recommends that Mr. Rivera be sentenced to a term of imprisonment of eleven (11) months to be followed by a term of supervised release of three (3) years.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 17th day of April, 2026.

W. STEPHEN MULDROW
United States Attorney

*/s/ Steven Liong-Rodríguez*
Steven Liong-Rodríguez
Special Assistant United States Attorney
USDC No. 303011
United States Attorney's Office
Torre Chardón, Suite 1201
350 Carlos Chardón Ave. San
Juan, PR 00918
Tel. (787) 282-1850
steven.liong-rodriguez@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this same date a true and exact copy of the foregoing motion has been filed with the Clerk of the Court who would notify to the attorneys of record in this case.

*/s/ Steven Liong-Rodriguez*
**Steven Liong-Rodriguez**
Special Assistant U.S. Attorney